UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.      Case No. 22-
    Originating No.  22MJ00221

**JEREMY ROBERT WARD,**

    Defendant.
_____/

Case: 2:22−mj−30494
Assigned To : Unassigned
Assign. Date : 11/10/2022
Description: REM USA V. WARD (KB)

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JEREMY ROBERT WARD,** to answer to charges pending in another federal district, and states:

1. On **November 10, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Arkansas based on a Complaint**.  Defendant is charged in that district with violations of **18 USC Section 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct with a Minor.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/*Alyse WU*
ALYSE WU
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: November 10, 2022